

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00125-CV

**GL LOGISTICS CO., LLC,**
Appellant

v.

Erika **FLORES** and Christian Flores,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVA000265D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's temporary injunction order signed on March 16, 2021 is AFFIRMED.

It is ORDERED that appellant shall pay the appellees' costs of appeal.

SIGNED August 31, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice